447 F.2d 150
 Thomas L. PARKMAN, Plaintiff-Appellee,
v.
2 R DRILLING COMPANY and
Argonaut Insurance Company, Defendants-Appellants.
 No. 71-2003 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 13, 1971.
 Rehearing Denied October 12, 1971.
 
 Joseph L. Waitz, Houma, La., for defendants-appellants.
 Philip J. Shaheen, Jr., Lake Charles, La., Caliste Beard, Jr., Lafayette, La., for plaintiff-appellee.
 Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966